AO 91 (Rev. 11/11) Criminal Complaint

*Felony*

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

FILED
SEP - 9 2019
David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Vanessa Michelle MOLINA | ) | Case No. B-19-895-MJ |
| 73650-379 | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 5, 2019__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Section 751 (a) | On or about September 5, 2019, the defendant did Unlawfully and Willfully Escape Federal Custody, after having been lawfully committed on or about November 18, 2014 to the custody of the Attorney Genderal by virtue of a Judgement and Commitment order of the United States District Court for the Southern District of Texas, pursuant to a conviction for Harboring Certain Alien Within the United States violation of Titiel 8 U.S.C Section 1324(a)(1)(A)(iii) and 1324(a)(1)(A)(v)(II). |

This criminal complaint is based on these facts:

On September 5, 2019, Reality House (Halfway House) staff reported inmate MOLINA, Vanessa failed to appear for a mandatory count at approximately 10:10pm. Reality House staff made several unsuccessful attempts to contact MOLINA. Bureau of Prisons Reentry Manager was notified and MOLINA was subsequently placed on escape status.

☐ Continued on the attached sheet.

*Complainant's signature*

David J. Gavito, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/09/2019

*Judge's signature*

City and state: Brownsville, Texas

Ignacio Torteya III, U.S. Magistrate Judge
*Printed name and title*